| | |
|---|---|
| Scott H. Angstreich* | Marc R. Lewis (CA SBN 233306) |
| Brendan J. Crimmins* | LEWIS & LLEWELLYN LLP |
| Rachel Proctor May* | 505 Montgomery Street, Suite 1300 |
| KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK, P.L.L.C. | San Francisco, CA 94111 |
| 1615 M Street NW, Suite 400 | (415) 800-0591 |
| Washington, DC 20036 | mlewis@lewisllewellyn.com |
| (202) 326-7900 | |
| sangstreich@kellogghansen.com | *Attorney for Plaintiffs American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association* |
| bcrimmins@kellogghansen.com | |
| rmay@kellogghansen.com | |

*Attorneys for Plaintiffs CTIA – The Wireless Association and USTelecom – The Broadband Association*

Matthew A. Brill*
Matthew T. Murchison*
Adam J. Tuetken*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
matthew.brill@lw.com
matthew.murchison@lw.com
adam.tuetken@lw.com

Jeffrey A. Lamken*
MOLOLAMKEN LLP
The Watergate, Suite 600
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff American Cable Association*

*Attorneys for Plaintiff NCTA – The Internet & Television Association*

*\*Pro hac vice motion to be filed*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No. 2:18-cv-02684 WBS DB<br><br>**STIPULATION AND [PROPOSED] ORDER TRANSFERRING MATTER TO JUDGE JOHN A. MENDEZ** |

**WHEREAS** Plaintiffs have filed a Complaint (DKT 1) and a Motion for a Preliminary Injunction (DKT 3) in this Court and pursuant to Local Rule 123(a), Plaintiffs provided Notice of Related Case (DKT 2) (matter known as *United States v. California*, No. 2:18-cv-2660-JAM-DB, filed on September 30, 2018), the Parties hereby stipulate and request that Judge John A. Mendez, assigned to hear *United States v. California*, also be assigned the above-captioned matter.

**WHEREAS** the cases are related under Local Rule 123(a) as both actions involve the same legal question: whether the provisions of California law enacted through SB 822 are preempted by federal law. Specifically, both the United States in *United States v. California* and Plaintiffs in this case argue that the Federal Communications Commission's 2018 *Restoring Internet Freedom* Order preempts SB 822. The United States has filed a motion for a preliminary injunction, which is set for a hearing on November 14, 2018. Accordingly, assignment to Judge Mendez is likely to effect a substantial savings of judicial effort because the same result should follow in both actions and because it would entail substantial duplication of labor if the actions were heard by different Judges.

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

This matter shall be heard before Hon. John A Mendez along with the related case, *United States v. California*, case no. 2:18-cv-2660 JAM DB.

| | |
|---|---|
| Dated: October 4, 2018 | Respectfully submitted, |
| | */s/  Marc R. Lewis* |
| Scott H. Angstreich* | Marc R. Lewis (CA SBN 233306) |
| Brendan J. Crimmins* | LEWIS & LLEWELLYN LLP |
| Rachel Proctor May* | 505 Montgomery Street, Suite 1300 |
| KELLOGG, HANSEN, TODD,   FIGEL & FREDERICK, P.L.L.C. | San Francisco, CA 94111<br>(415) 800-0591 |
| 1615 M Street NW, Suite 400 | mlewis@lewisllewellyn.com |
| Washington, DC 20036 | |
| (202) 326-7900 | *Attorney for Plaintiffs American Cable* |
| sangstreich@kellogghansen.com | *Association, CTIA – The Wireless* |
| bcrimmins@kellogghansen.com | *Association, NCTA – The Internet &* |
| rmay@kellogghansen.com | *Television Association, and USTelecom –* |
| | *The Broadband Association* |
| *Attorneys for Plaintiffs CTIA – The Wireless Association and USTelecom – The Broadband Association* | |
| | Matthew A. Brill* |
| | Matthew T. Murchison* |
| | Adam J. Tuetken* |
| Jeffrey A. Lamken* | LATHAM & WATKINS LLP |
| MOLOLAMKEN LLP | 555 Eleventh Street NW, Suite 1000 |
| The Watergate, Suite 600 | Washington, DC 20004 |
| 600 New Hampshire Ave., NW | (202) 637-2200 |
| Washington, DC 20037 | matthew.brill@lw.com |
| (202) 556-2000 | matthew.murchison@lw.com |
| jlamken@mololamken.com | adam.tuetken@lw.com |
| *Attorney for Plaintiff American Cable Association* | *Attorneys for Plaintiff NCTA – The Internet & Television Association* |
| | **Pro hac vice* motion to be filed* |

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| Dated: October 4, 2018 | XAVIER BECERRA<br>Attorney General of California<br>PAUL STEIN<br>Supervising Deputy Attorney General<br><br>/s/ P. Patty Li (as authorized on 10/04/2018)<br>P. PATTY LI<br>Deputy Attorney General<br>State Bar No. 266937<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004<br>Telephone: (415) 510-3817<br>Fax: (415) 703-1234<br>Email:  Patty.Li@doj.ca.gov<br>*Attorneys for Defendant Xavier Becerra, in his official capacity* |

**FILER'S ATTESTATION**

I, Marc R. Lewis, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TRANSFERRING MATTER TO JUDGE JOHN A. MENDEZ.  In compliance with Civil L.R 131 (e), I hereby attest that counsel for Defendant concurs in this filing.

Date: October 4, 2018                                                   */s/  Marc R. Lewis*
                                                                                        Marc R. Lewis (SBN 233306)

**ORDER**

Pursuant to the above stipulation, this Court hereby GRANTS the transfer of the matter known as American Cable Association et al. v. Xavier Becerra, Case no. 2:18-cv-02684 WBS DB to be heard by Hon. John A. Mendez in the matter of *United States v. California*, No. 2:18-cv-2660-JAM-DB.

**IT IS SO ORDERED.**

Dated:_____

_____
HON. WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE