IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>Defendants. | 2:18-cv-02660-JAM-DB<br>2:18-cv-02684-JAM-DB<br><br>[~~PROPOSED~~] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION MOTIONS<br><br>Judge: The Hon. John A. Mendez<br>Actions Filed: Oct. 1, 2018; Oct. 3, 2018 |
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>Defendant. | |

The Court has determined that *United States v. California*, No. 2:18-cv-2660-JAM-DB, and *American Cable Association v. Becerra*, No. 2:18-cv-2684-JAM-DB, are related within the meaning of Local Rule 123 and has entered Related Case Orders in each case (ECF Nos. 7 and 12, respectively). Plaintiffs in both actions have filed motions for a preliminary injunction (No.

1

[Proposed] Order Setting Hearing Date and Briefing Schedule for Preliminary Injunction Motions (2:18-cv-02660-JAM-DB) (2:18-cv-02684-JAM-DB)

1  2:18-cv-2660-JAM-DB, ECF No. 2; No. 2:18-cv-2684-JAM-DB, ECF No. 3). The parties in
2  both actions, Plaintiffs the United States of America, American Cable Association, CTIA – The
3  Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The
4  Broadband Association (collectively, "Plaintiffs"), and Defendants the State of California,
5  Governor Edmund G. Brown Jr., and Attorney General Xavier Becerra ("Defendants"), submitted
6  a Stipulation Regarding Hearing Date and Briefing Schedule for Preliminary Injunction Motions.
7  Having considered the stipulation, the Court sets the following schedule:

1. The hearing on the motions for a preliminary injunction (No. 2:18-cv-2660-JAM-DB, ECF No. 2; No. 2:18-cv-2684-JAM-DB, ECF No. 3) shall be held on November ~~20~~ 28, 2018 at ~~1:30~~ 10:00 ~~p~~a.m.

2. Any motions for leave to file amicus briefs in support of Plaintiffs shall be filed on or by October 19, 2018, and shall be accompanied by the proposed amicus briefs, limited to fifteen (15) pages per brief.

3. Defendants shall file one brief in opposition to both motions, limited to ~~fifty (50)~~ forty (40) pages, on or by October 26, 2018.

4. Any motions for leave to file amicus briefs in support of Defendants shall be filed on or by November 2, 2018, and shall be accompanied by the proposed amicus briefs, limited to fifteen (15) pages per brief.

5. Plaintiffs may each file their own reply brief in support of their respective motions, limited to ~~ten (10)~~ fifteen (15) pages per brief, on or by November 9, 2018.

6. Defendants' time to answer or respond to the complaints in *United States v. California*, No. 2:18-cv-2660-JAM-DB, and *American Cable Association v. Becerra*, No. 2:18-cv-2684-JAM-DB, shall be extended to thirty (30) days after the Court enters an order resolving the respective motions for a preliminary injunction filed in those matters.

**IT IS SO ORDERED**:

Dated: October 10, 2018

Hon. John A. Mendez

2