

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

AMERICAN CABLE ASSOCIATION,
CTIA – THE WIRELESS
ASSOCIATION, NCTA – THE
INTERNET & TELEVISION
ASSOCIATION, and USTELECOM –
THE BROADBAND ASSOCIATION, on
behalf of their members,

           Plaintiffs,

v.

XAVIER BECERRA, in his official
capacity as Attorney General of California,

           Defendant.

Case No. 2:18-cv-02684 JAM DB

I, Brendan J. Crimmins, attorney for Plaintiffs CTIA – The Wireless Association and USTelecom – The Broadband Association, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |
| Address: | 1615 M Street NW, Suite 400 |
| | Washington, DC 20036 |
| Voice Phone: | (202) 326-7900 |
| E-mail: | bcrimmins@kellogghansen.com |
| Additional email: | agilbert@kellogghansen.com |

I reside in Vienna, VA.

I was admitted to practice in the District of Columbia on April 3, 2006. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

|   |   |
|---|---|
| Name: | Marc R. Lewis |
| Firm Name: | LEWIS & LLEWELLYN LLP |
|  | 505 Montgomery Street, Suite 1300 |
|  | San Francisco, CA  94111 |
| Voice Phone: | (415) 800-0591 |
| Fax Phone: | (415) 390-2127 |
| Email: | mlewis@lewisllewellyn.com |

Dated: October 15, 2018          Petitioner:     */s/ Brendan J. Crimmins*
                                                 Brendan J. Crimmins

**ORDER**

IT IS SO ORDERED.

Dated: 10/15/2018                                          /s/ John A. Mendez                        
                                                          JUDGE, U.S. DISTRICT COURT