| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 3 | | |
| 4 | AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members, | Case No. 2:18-cv-02684 |
| 5 | | [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO REDACT AND FILE UNDER SEAL SPECIFIC CONFIDENTIAL INFORMATION |
| 6 | | |
| 7 | Plaintiffs, | |
| 8 | v. | |
| 9 | XAVIER BECERRA, in his official capacity as Attorney General of California, | |
| 10 | | |
| 11 | Defendant. | |

13  Plaintiffs have filed with the Court a Notice, a Request to Redact and File Under Seal
14 Specific Confidential Information, and the redacted and unredacted versions of the documents
15 containing the confidential information. Having considered Plaintiffs' Request and having
16 examined the information in the documents, the Court concludes that the information regarding
17 a non-party originally disclosed, but now sought to be redacted, merits confidential treatment
18 pursuant to Local Rules 140 and 141. The Plaintiffs have established that the information is
19 only "'tangentially related, to the underlying cause of action,'" so the public's interest in
20 accessing the material does not "not apply with equal force." *Pintos v. Pac. Creditors Ass'n*,
21 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana v. City & Cty. of Honolulu*, 447 F.3d
22 1172, 1179 (9th Cir. 2006)). "The Court finds that the information sought to be sealed by
23 Defendant implicates important privacy concerns of nonparties — whose names are not relevant
24 to the disposition of this case — that outweigh the public's interest in disclosure of these
25 judicial records." *Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015).

1
[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO REDACT AND FILE UNDER SEAL

Accordingly, IT IS HEREBY **ORDERED** AS FOLLOWS:

1. The Clerk of the Court is directed to remove from the public docket the originally filed Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. 3-1) and Declaration of Joe Ruszkiewicz of AT&T in Support of Plaintiffs' Motion for Preliminary Injunction, submitted as Exhibit B in support of Plaintiffs' Motion for Preliminary Injunction (Dkt. 3-3) and to replace them on the public docket with the redacted versions of those documents that Plaintiffs provided to the Court.

2. The Associations are ordered to re-file the originally filed Memorandum and Declaration under seal.

DATED: 10-26-2018

_____
Hon. John A. Méndez
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO REDACT AND FILE UNDER SEAL