LEWIS & LLEWELLYN LLP
Marc R. Lewis (CA SBN 233306)
mlewis@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile:  (415) 390-2127

Attorney for Plaintiffs American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>Defendant. | CASE NO. 2:18-cv-02684 JAM-DB<br><br>**NOTICE OF CHANGE OF PHYSICAL ADDRESS** |

TO THE COURT, ALL PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the San Francisco office of the law firm of LEWIS & LLEWELLYN LLP has relocated, effective December 16, 2019. Our new address is as follows:

> Lewis & Llewellyn LLP
> 601 Montgomery Street, Suite 2000
> San Francisco, California 94111

Please make the appropriate changes in your file(s) and/or proof(s) of service.

Dated: December 20, 2019

Respectfully submitted,

LEWIS & LLEWELLYN LLP

By: /s/ Marc R. Lewis
Marc R. Lewis (CA SBN 233306)
LEWIS & LLEWELLYN LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 800-0591
mlewis@lewisllewellyn.com

Attorney for Plaintiffs American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association