**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>　　　　　　　　　Defendant. | Case No. 2:18-cv-02684-JAM-DB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION** |

　　　　Having considered Plaintiffs' Motion for a Preliminary Injunction, the Court **GRANTS** the Motion.  Defendant is hereby preliminarily enjoined from enforcing the California Internet Consumer Protection and Net Neutrality Act of 2018 (SB-822).  *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131-35 (9th Cir. 2011).

　　　　Accordingly, it is hereby **ORDERED** that, pending a judgment on the merits, Defendant and all of Defendant's respective officers, agents, servants, employees, attorneys, and persons acting in concert of participation with Defendant are enjoined from enforcing the provisions of California law enacted through SB-822, codified at California Civil Code §§ 3100–3104.

1    This Court has exercised its discretion to determine that no bond shall be required, and
2 this Order shall be effective immediately.
3 //
4 **IT IS SO ORDERED.**
5    Dated: _____                    _____
6                                                Hon. John A. Mendez
7                                                U. S. District Court Judge