1   XAVIER BECERRA
    Attorney General of California
2   PAUL STEIN
    Supervising Deputy Attorney General
3   SARAH E. KURTZ
    Deputy Attorney General
4   JOHN D. ECHEVERRIA
    Deputy Attorney General
5   P. PATTY LI, State Bar No. 266937
    Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 510-3817
     Fax:  (415) 703-1234
8    E-mail:  Patty.Li@doj.ca.gov
    *Attorneys for Defendant Attorney General Xavier
9    Becerra*

10   [Additional counsel listed on subsequent page]

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13

|  |  |
|---|---|
| **AMERICAN CABLE ASSOCIATION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 2:18-cv-02684-JAM-DB<br><br>**JOINT STATUS REPORT**<br><br>Judge:        The Hon. John A. Mendez<br>Actions Filed: Oct. 1, 2018; Oct. 3, 2018 |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Scott H. Angstreich*
Leslie V. Pope*
Alex A. Parkinson*
KELLOGG, HANSEN, TODD, FIGEL, &
FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
sangstreich@kellogghansen.com
lpope@kellogghansen.com
aparkinson@kellogghansen.com

*Attorneys for Plaintiffs CTIA – The Wireless
Association and USTelecom – The Broadband
Association*

Jeffrey A. Lamken*
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff American Cable
Association*

* Admitted *pro hac vice*

Marc R. Lewis (CA SBN 233306)
LEWIS & LLEWELLYN LLP
505 Montgomery Street, Suite 1300
San Francisco, CA 94111
(415) 800-0591
mlewis@lewisllewellyn.com

*Attorney for Plaintiffs American Cable
Association, CTIA – The Wireless
Association, NCTA – The Internet &
Television Association, and USTelecom – The
Broadband Association*

Matthew A. Brill*
Matthew T. Murchison*
Ryan S. Baasch*
James A. Tomberlin*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
matthew.brill@lw.com
matthew.murchison@lw.com
ryan.baasch@lw.com
james.tomberlin@lw.com

*Attorneys for Plaintiff NCTA – The Internet &
Television Association*

Plaintiffs American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association (collectively, "Plaintiffs"), and Defendant Attorney General Xavier Becerra ("Defendant," collectively with Plaintiffs, the "Parties") hereby provide a joint status report in accordance with the Court's minute order (ECF No. 75), stating their position as to whether the voluntary dismissal of *United States of America v. California, et al.*, Case No. 18-cv-02660 ("*United States v. California*"), affects this matter in any way, and, if so, how.

Defendant's position is that the United States' voluntary dismissal of its lawsuit underscores Defendant's arguments that SB 822 is not preempted. In light of that voluntary dismissal and the D.C. Circuit's vacatur of the Federal Communications Commission's Preemption Directive, *see Mozilla Corp. v. FCC*, 940 F.3d 1, 74-86 (D.C. Cir. 2019), there is no

2

currently operative statement from the Commission or the United States suggesting that SB 822 is preempted.

Plaintiffs' position is that the United States' voluntary dismissal of its lawsuit has no bearing on Plaintiffs' claims that SB 822 violates the Supremacy Clause.  The Communications Act of 1934, as amended, and the portions of the FCC's 2018 Order that the D.C. Circuit upheld give rise to field, express, and conflict preemption, and neither the federal statute nor the Commission's order requires a further "operative statement" to have preemptive effect.

The Parties are in agreement that the voluntary dismissal of *United States v. California* does not require postponement of the February 23, 2021 hearing on the pending preliminary injunction motion in the instant case.

| | | |
|---|---|---|
| 1 | | Respectfully Submitted, |
| 2 | | |
| 3 | Dated:  Feb. 16, 2021 | /s/ Marc R. Lewis |
| | | Marc R. Lewis (CA SBN 233306) |
| 4 | Scott H. Angstreich* | LEWIS & LLEWELLYN LLP |
| | Leslie V. Pope* | 505 Montgomery Street, Suite 1300 |
| | Alex A. Parkinson* | San Francisco, CA 94111 |
| 5 | KELLOGG, HANSEN, TODD, | (415) 800-0591 |
| |   FIGEL & FREDERICK, P.L.L.C. | mlewis@lewisllewellyn.com |
| 6 | 1615 M Street NW, Suite 400 | |
| | Washington, DC 20036 | Attorney for Plaintiffs American Cable |
| 7 | (202) 326-7900 | Association, CTIA – The Wireless |
| | sangstreich@kellogghansen.com | Association, NCTA – The Internet & |
| 8 | lpope@kellogghansen.com | Television Association, and USTelecom – |
| | aparkinson@kellogghansen.com | The Broadband Association |
| 9 | | |
| | Attorneys for Plaintiffs CTIA – The Wireless | |
| 10 | Association and USTelecom – The | Matthew A. Brill* |
| | Broadband Association | Matthew T. Murchison* |
| 11 | | Ryan S. Baasch* |
| | | James A. Tomberlin* |
| 12 | Jeffrey A. Lamken* | LATHAM & WATKINS LLP |
| | MOLOLAMKEN LLP | 555 Eleventh Street NW, Suite 1000 |
| 13 | The Watergate, Suite 600 | Washington, DC 20004 |
| | 600 New Hampshire Ave., NW | (202) 637-2200 |
| 14 | Washington, DC 20037 | matthew.brill@lw.com |
| | (202) 556-2000 | matthew.murchison@lw.com |
| 15 | jlamken@mololamken.com | ryan.baasch@lw.com |
| | | james.tomberlin@lw.com |
| 16 | Attorney for Plaintiff American Cable | |
| | Association | Attorneys for Plaintiff NCTA – The Internet |
| 17 | | & Television Association |
| 18 | | * Admitted pro hac vice |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1    Dated:  Feb. 16, 2021                XAVIER BECERRA

                                           Attorney General of California

2                                        PAUL STEIN

                                           Supervising Deputy Attorney General

3                                        SARAH E. KURTZ

                                           Deputy Attorney General

4                                        JOHN D. ECHEVERRIA

                                           Deputy Attorney General

5

6

7                                        */s/ P. Patty Li*

8                                        P. PATTY LI

                                           Deputy Attorney General

9                                        *Attorneys for Defendant Attorney General*

                                           *Xavier Becerra*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5