| CAED 435 (Rev. 03/15) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | DUE DATE: |

PLEASE Read Instruction Page (attached):

| 1. YOUR NAME<br>Corynne McSherry | 2. EMAIL<br>corynne@eff.org | 3. PHONE NUMBER<br>(415) 436-9333 | 4. DATE<br>Feb. 25, 2021 |
|---|---|---|---|
| 5. MAILING ADDRESS<br>815 Eddy Street | | 6. CITY<br>San Francisco | 7. STATE CA    8. ZIP CODE 94109 |
| 9. CASE NUMBER<br>2:18-cv-02684-JAM-DB | 10. JUDGE<br>Hon. John A. Mendez | DATES OF PROCEEDINGS<br>11. FROM Feb. 23, 2021 | 12. TO Feb. 23, 2021 |
| 13. CASE NAME<br>American Cable Association v. Xavier Becerra | | LOCATION OF PROCEEDINGS<br>14. CITY Sacramento | 15. STATE CA |

16. ORDER FOR
- ☐ APPEAL No. _____
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Preliminary Injunction Hearing | Feb. 23, 2021 | J. Coulthard |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☑ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

| | ESTIMATE TOTAL | |
|---|---|---|
| 19. SIGNATURE<br>/s/ Corynne McSherry | PROCESSED BY | |
| 20. DATE<br>Feb. 25, 2021 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |