Scott H. Angstreich*
Leslie V. Pope*
Alex A. Parkinson*
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
(202) 326-7900
sangstreich@kellogghansen.com
lpope@kellogghansen.com
aparkinson@kellogghansen.com

*Attorneys for Plaintiffs*
*CTIA – The Wireless Association and*
*USTelecom – The Broadband Association*

Jeffrey A. Lamken (CA SBN 154217)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, NW
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff*
*ACA Connects – America's Communications*
*Association f/k/a American Cable Association*

* Admitted *pro hac vice*

Marc R. Lewis (CA SBN 233306)
LEWIS & LLEWELLYN LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 800-0591
mlewis@lewisllewellyn.com

*Attorney for Plaintiffs*
*ACA Connects – America's Communications*
*Association f/k/a American Cable Association,*
*CTIA – The Wireless Association,*
*NCTA – The Internet & Television Association,*
*and USTelecom – The Broadband Association*

Matthew A. Brill*
Matthew T. Murchison*
Ryan S. Baasch*
James A. Tomberlin*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
matthew.brill@lw.com
matthew.murchison@lw.com
ryan.baasch@lw.com
james.tomberlin@lw.com

*Attorneys for Plaintiff*
*NCTA – The Internet & Television Association*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>Defendant. | **PRELIMINARY INJUNCTION APPEAL**<br><br>Case No. 2:18-cv-02684-JAM (DB)<br><br>**PLAINTIFFS' NOTICE OF APPEAL**<br><br>Judge: Hon. John A. Mendez<br><br>Action Filed: October 3, 2018 |

Notice is hereby given that Plaintiffs the American Cable Association (now known as ACA Connects – America's Communications Association),[1] CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom Association – The Broadband Association, hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's February 23, 2021 Order denying Plaintiffs' Motion for Preliminary Injunction. *See* ECF No. 77 ("After arguments, for the reasons stated on the record, the Court DENIED the [53] Motion for Preliminary Injunction."); *see also* ECF No. 83 (containing transcript of hearing held on February 23, 2021). A true and correct copy of that Order as it currently appears in the Court's docket is attached hereto as Exhibit A.

Dated: March 9, 2021

Respectfully submitted,

/s/   Marc R. Lewis
Marc R. Lewis (CA SBN 233306)
LEWIS & LLEWELLYN LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 800-0591
mlewis@lewisllewellyn.com

*Attorney for Plaintiffs*
ACA Connects – America's Communications Association f/k/a American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association

Scott H. Angstreich*
Leslie V. Pope*
Alex A. Parkinson*
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
(202) 326-7900
sangstreich@kellogghansen.com
lpope@kellogghansen.com
aparkinson@kellogghansen.com

*Attorneys for Plaintiffs*
CTIA – The Wireless Association and USTelecom – The Broadband Association

Jeffrey A. Lamken (CA SBN 154217)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, NW
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff*
ACA Connects – America's Communications Association f/k/a American Cable Association

\* Admitted *pro hac vice*

Matthew A. Brill*
Matthew T. Murchison*
Ryan S. Baasch*
James A. Tomberlin*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
matthew.brill@lw.com
matthew.murchison@lw.com
ryan.baasch@lw.com
james.tomberlin@lw.com

*Attorneys for Plaintiff*
NCTA – The Internet & Television Association

---

[1] On March 20, 2019, after this case was initiated, plaintiff American Cable Association changed its name to ACA Connects – America's Communications Association.

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 9, 2021, I electronically submitted the attached document to the Clerk's Office using the U.S. District Court for the Eastern District of California's Electronic Document Filing System (ECF).

/s/     *Marc R. Lewis*
Marc R. Lewis (CA SBN 233306)

# EXHIBIT A

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of California - Live System

**Notice of Electronic Filing**

The following transaction was entered on 2/23/2021 at 4:14 PM PST and filed on 2/23/2021

**Case Name:** American Cable Association et al v. Becerra
**Case Number:** 2:18-cv-02684-JAM-DB
**Filer:**
**Document Number:** 77(No document attached)

**Docket Text:**
**MINUTES for proceedings held via video conference before District Judge John A. Mendez: MOTION HEARING re [53] Motion for Preliminary Injunction held on 2/23/2021. M. Lewis, S. Angstreich and M. Brill appeared via video for the plaintiffs. P. Li and S. Kurtz appeared via video for the defendants. T. Vidal appeared via Zoom audio for amicus party Access Now. A. Schwartzman appeared via video for amicus party Benton Institute for Broadband & Society. L. Spiwak appeared via video for amicus party Communications Law Scholars. K. Russell appeared via video for amicus party Media Democracy Fund. P. Malone and M. Burstein appeared via video for amicus party Professors of Internet Law. S. Wu appeared via Zoom audio for amicus parties States of New York, Connecticut, Delaware, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, New Jersey, New Mexico, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, and Wisconsin, and the District of Columbia. The Court and Counsel discussed Plaintiffs' Motion for Preliminary Injunction. After arguments, for the reasons stated on the record, the Court DENIED the [53] Motion for Preliminary Injunction. Court Reporter: J. Coulthard. [TEXT ONLY ENTRY] (Michel, G.)**

**2:18-cv-02684-JAM-DB Notice has been electronically mailed to:**

Alex A. Parkinson , PHV     aparkinson@kellogghansen.com, amosedale@kellogghansen.com

Andrew Jay Schwartzman , PHV     andyschwartzman@gmail.com

Brendan J. Crimmins , PHV     bcrimmins@kellogghansen.com

Bryan Kipp Weir     bryan@consovoymccarthy.com, jeff@consovoymccarthy.com

Corynne McSherry     corynne@eff.org, corynne-mcsherry-2288@ecf.pacerpro.com, madeleine@eff.org, madeleine-mulkern-1669@ecf.pacerpro.com

Ester Murdukhayeva , PHV     ester.murdukhayeva@ag.ny.gov

Gavin G. McCabe     gavin.mccabe@ag.ny.gov

James Tomberlin , PHV     james.tomberlin@lw.com

Jonathan D. Weissglass     jonathan@weissglass.com

Kevin K. Russell , PHV     krussell@goldsteinrussell.com

Lawrence Charles Keller     ckeller@wbklaw.com

Lawrence J. Spiwak, PHV     lspiwak@phoenix-center.org

Leslie V. Pope , PHV    lpope@kellogghansen.com, amoedano@kellogghansen.com

Marc R. Lewis    mlewis@lewisllewellyn.com, chayward@lewisllewellyn.com, korrantia@lewisllewellyn.com, prestad@lewisllewellyn.com

Matthew A. Brill , PHV    matthew.brill@lw.com

Matthew T. Murchison , PHV    matthew.murchison@lw.com

Michael J. Burstein , PHV    mburstei@yu.edu

Peiyin Patty Li    patty.li@doj.ca.gov, susan.chiang@doj.ca.gov

Phillip R. Malone    pmalone@law.stanford.edu

Ryan S. Baasch , PHV    ryan.baasch@lw.com, ryan-baasch-1368@ecf.pacerpro.com, washington-dc-litigation-services-5378@ecf.pacerpro.com

Sarah Elizabeth Kurtz    sarah.kurtz@doj.ca.gov

Scott H. Angstreich , PHV    sangstreich@kellogghansen.com, aoak@kellogghansen.com, scott-angstreich-1818@ecf.pacerpro.com

Thomas Henri Vidal    tvidal@pryorcashman.com

**2:18-cv-02684-JAM-DB Electronically filed documents must be served conventionally by the filer to:**