# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No. 2:18-cv-02684-JAM-DB<br><br>**ORDER REGARDING RULE 26(F) CONFERENCE AND REPORT**<br><br>Judge: The Hon. John A. Mendez<br><br>Action Filed: Oct. 3, 2018 |

The Court previously entered an order on July 30, 2020 setting a schedule for proceedings regarding Plaintiffs' Motion for Preliminary Injunction, as well as for the submission of Defendant's Answer thirty days after entry of an order resolving the Motion for Preliminary Injunction, and for the submission of the parties' joint status report under Fed. R. Civ. P. 26(f) thirty days after filing of the Answer.  On February 23, 2021, the Court entered an order denying Plaintiffs' Motion for Preliminary Injunction, and on March 9, 2021, Plaintiffs timely filed a Notice of Appeal of that order.  Defendant then filed an Answer on March 25, 2021, resulting in a deadline of April 26, 2021 for the Parties to file a Rule 26(f) report.

The parties have submitted a Stipulation Regarding Rule 26(f) Conference and Report, in which they informed the Court that they are currently proceeding on an expedited basis before the U.S. Court of Appeals for the Ninth Circuit pursuant to Ninth Circuit Rule 3-3, and that briefing in the appeal is scheduled to conclude on May 25, 2021.  The parties explained that they are concentrating their efforts on that expedited briefing and wish to avoid a waste of resources, and that it would be most efficient to defer the submission of the joint status report under Rule 26(f) until after expedited briefing in the Ninth Circuit has concluded.  The parties therefore have agreed to extend the deadline for submitting a joint Rule 26(f) report by 60 days.

Having considered the stipulation, and good cause appearing, the Court orders that the time for submitting a joint status report under Rule 26(f) shall be extended by 60 days to June 25, 2021.

**IT IS SO ORDERED.**

DATED:  April 22, 2021                             /s/ John A. Mendez
                                                                                   THE HONORABLE JOHN A. MENDEZ
                                                                                   UNITED STATES DISTRICT COURT JUDGE