1  ROB BONTA
   Attorney General of California
2  PAUL STEIN
   HEATHER HOESTEREY
3  Supervising Deputy Attorneys General
   SARAH E. KURTZ
4  JOHN D. ECHEVERRIA
   P. PATTY LI
5  Deputy Attorneys General
6  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
7  (415) 510-3817
   Patty.Li@doj.ca.gov
8  *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General*

[Additional counsel listed on subsequent page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No. 2:18-cv-02684-JAM-DB<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO FILE RULE 26(F) JOINT STATUS REPORT**<br><br>Judge: The Hon. John A. Mendez<br><br>Action Filed: Oct. 3, 2018 |

[Additional Counsel]

Scott H. Angstreich*
Leslie V. Pope*
Alex A. Parkinson*
KELLOGG, HANSEN, TODD,
  FIGEL, & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
sangstreich@kellogghansen.com
lpope@kellogghansen.com
aparkinson@kellogghansen.com

*Attorneys for Plaintiffs CTIA – The Wireless Association and USTelecom – The Broadband Association*

Jeffrey A. Lamken
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff ACA Connects – America's Communications Association f/k/a American Cable Association*

*Admitted *pro hac vice*

Marc R. Lewis
LEWIS & LLEWELLYN LLP
505 Montgomery Street, Suite 1300
San Francisco, CA 94111
(415) 800-0591
mlewis@lewisllewellyn.com

*Attorney for Plaintiffs ACA Connects – America's Communications Association f/k/a American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association*

Matthew A. Brill*
Matthew T. Murchison*
Ryan S. Baasch*
James A. Tomberlin*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
matthew.brill@lw.com
matthew.murchison@lw.com
ryan.baasch@lw.com
james.tomberlin@lw.com

*Attorneys for Plaintiff NCTA – The Internet & Television Association*

Plaintiffs the American Cable Association (now known as ACA Connects – America's Communications Association), CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association (collectively, "Plaintiffs"), and Defendant Rob Bonta, in his official capacity as Attorney General of California[1] ("Defendant," and collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on July 30, 2020, the Court entered an order, based upon a stipulation of the Parties entered that same day, setting a schedule for briefing and oral argument regarding Plaintiffs' Motion for Preliminary Injunction, as well as for the submission of Defendant's Answer to Plaintiffs' Amended Complaint and the submission of the Parties' joint status report under Fed. R. Civ. P. 26(f).

**WHEREAS**, that order set the deadline for Defendant's Answer as 30 days after entry of an order resolving Plaintiffs' Motion for Preliminary Injunction, and set the deadline for the Parties' joint status report under Rule 26(f) as 30 days after the filing of Defendant's Answer.

**WHEREAS**, on February 23, 2021, the Court entered an order denying Plaintiffs' Motion for Preliminary Injunction.

**WHEREAS**, on March 9, 2021, Plaintiffs timely filed a Notice of Appeal of the order denying their Motion for Preliminary Injunction.

**WHEREAS**, on March 25, 2021, Defendant filed an Answer to Plaintiffs' Amended Complaint, which, under the Court's July 30, 2020 order, resulted in a deadline of April 26, 2021 for the Parties to confer and file a joint status report under Rule 26(f).

**WHEREAS**, on April 23, 2021, the Court entered an order, based upon a stipulation of the Parties, extending the time for submitting a joint status report under Rule 26(f) by 60 days to June 25, 2021, in light of the expedited briefing schedule in the Ninth Circuit.

**WHEREAS**, following the close of briefing in the Ninth Circuit, the Parties have engaged

---

[1] Attorney General of California Rob Bonta succeeded former Acting Attorney General Matthew Rodriquez. Fed. R. Civ. P. 25(d) (an "officer's successor is automatically substituted as a party").

3

in good-faith discussions regarding issues related to the joint status report under Rule 26(f).

**WHEREAS**, the Parties have not yet been able to reach consensus positions regarding all issues related to the joint status report under Rule 26(f), and discussions regarding those issues are ongoing.

**WHEREAS**, the Parties agree that further compromise is possible, that an additional seven days of discussion regarding the remaining issues will be adequate to achieve further compromise, and that it would be most efficient to defer the submission of the joint status report under Rule 26(f) until the Parties have resolved their disagreements to the extent possible.

**NOW THEREFORE**, in consideration of the foregoing, the Parties further stipulate and agree that the time for submitting a joint status report under Rule 26(f) shall be extended by seven days to July 2, 2021.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 25, 2021

Respectfully submitted,

__/s/ *Marc R. Lewis*__

| | |
|---|---|
| Scott H. Angstreich* | Marc R. Lewis |
| Leslie V. Pope* | LEWIS & LLEWELLYN LLP |
| Alex A. Parkinson* | 505 Montgomery Street, Suite 1300 |
| KELLOGG, HANSEN, TODD, | San Francisco, CA 94111 |
|   FIGEL, & FREDERICK, P.L.L.C. | (415) 800-0591 |
| 1615 M Street NW, Suite 400 | mlewis@lewisllewellyn.com |
| Washington, DC 20036 | |
| (202) 326-7900 | *Attorney for Plaintiffs ACA Connects –* |
| sangstreich@kellogghansen.com | *America's Communications Association* |
| lpope@kellogghansen.com | *f/k/a American Cable Association, CTIA –* |
| aparkinson@kellogghansen.com | *The Wireless Association, NCTA – The* |
| | *Internet & Television Association, and* |
| *Attorneys for Plaintiffs CTIA – The Wireless* | *USTelecom – The Broadband Association* |
| *Association and USTelecom – The* | |
| *Broadband Association* | Matthew A. Brill* |
| | Matthew T. Murchison* |
| Jeffrey A. Lamken | Ryan S. Baasch* |
| MOLOLAMKEN LLP | James A. Tomberlin* |
| The Watergate, Suite 500 | LATHAM & WATKINS LLP |
| 600 New Hampshire Ave., NW | 555 Eleventh Street NW, Suite 1000 |
| Washington, DC 20037 | Washington, DC 20004 |
| (202) 556-2000 | (202) 637-2200 |
| jlamken@mololamken.com | matthew.brill@lw.com |

4

| | | |
|---|---|---|
| *Attorney for Plaintiff ACA Connects – America's Communications Association f/k/a American Cable Association* | | matthew.murchison@lw.com<br>ryan.baasch@lw.com<br>james.tomberlin@lw.com |
| *\*Admitted pro hac vice* | | *Attorneys for Plaintiff NCTA – The Internet & Television Association* |

Dated: June 25, 2021

                                               ROB BONTA
                                               Attorney General of California
                                               PAUL STEIN
                                               HEATHER HOESTEREY
                                               Supervising Deputy Attorneys General
                                               SARAH E. KURTZ
                                               JOHN D. ECHEVERRIA
                                               P. PATTY LI
                                               Deputy Attorneys General
                                                    455 Golden Gate Avenue, Suite 11000
                                                    San Francisco, CA  94102-7004
                                                    (415) 510-3817
                                                    Patty.Li@doj.ca.gov

*/s/ P. Patty Li*

*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*