IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No. 2:18-cv-02684-JAM-DB<br><br>**ORDER REGARDING EXTENSION OF TIME TO FILE RULE 26(F) JOINT STATUS REPORT**<br><br>Judge: The Hon. John A. Mendez<br><br>Action Filed: Oct. 3, 2018 |

The Court previously entered an order on July 30, 2020 setting a schedule for proceedings regarding Plaintiffs' Motion for Preliminary Injunction, as well as for the submission of Defendant's Answer thirty days after entry of an order resolving the Motion for Preliminary Injunction, and for the submission of the parties' joint status report under Fed. R. Civ. P. 26(f) thirty days after filing of the Answer. On February 23, 2021, the Court entered an order denying Plaintiffs' Motion for Preliminary Injunction, and on March 9, 2021, Plaintiffs timely filed a Notice of Appeal of that order. Defendant then filed an Answer on March 25, 2021, resulting in a deadline of April 26, 2021 for the Parties to file a Rule 26(f) report. On April 23, 2021, the Court entered an order, based upon a stipulation of the Parties, extending the time for submitting a joint

1

status report under Rule 26(f) by 60 days to June 25, 2021, in light of the expedited briefing schedule in the Ninth Circuit.

The parties have submitted a Stipulation Regarding Extension of Time to File Rule 26(f) Joint Status Report, in which they informed the Court that, following the close of briefing in the Ninth Circuit, they have engaged in good-faith efforts to reach a consensus regarding certain issues related to the joint status report under Rule 26(f). The parties explained that these discussions are ongoing, that the parties believe further compromise is possible, and that it would be most efficient to defer the submission of the joint status report under Rule 26(f) until the Parties have resolved their disagreements to the extent possible.

Having considered the stipulation, and good cause appearing, the Court orders that the time for submitting a joint status report under Rule 26(f) shall be extended by seven days to July 2, 2021.

**IT IS SO ORDERED.**

DATED: June 25, 2021 /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE