Matthew A. Brill (*pro hac vice*)
Matthew T. Murchison (*pro hac vice*)
James A. Tomberlin (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
matthew.brill@lw.com
matthew.murchison@lw.com
james.tomberlin@lw.com

*Attorneys for Plaintiff NCTA – The Internet & Television Association*

[Additional counsel listed on subsequent page]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No. 2:18-cv-02684-JAM-DB<br><br>**STIPULATION REGARDING DISCOVERY AND CASE DEADLINES**<br><br>Judge: The Hon. John A. Mendez<br><br>Action Filed: Oct. 3, 2018 |

[Additional Counsel]

Scott H. Angstreich*
Leslie V. Pope*
Alex A. Parkinson*
KELLOGG, HANSEN, TODD,
  FIGEL, & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
sangstreich@kellogghansen.com
lpope@kellogghansen.com
aparkinson@kellogghansen.com

*Attorneys for Plaintiffs CTIA – The Wireless Association and USTelecom – The Broadband Association*

Jeffrey A. Lamken
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff ACA Connects – America's Communications Association f/k/a American Cable Association*

\*Admitted *pro hac vice*

Marc R. Lewis
LEWIS & LLEWELLYN LLP
505 Montgomery Street, Suite 1300
San Francisco, CA 94111
(415) 800-0591
mlewis@lewisllewellyn.com

*Attorney for Plaintiffs ACA Connects – America's Communications Association f/k/a American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association*

ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
SARAH E. KURTZ
JOHN D. ECHEVERRIA, State Bar No. 268843
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov

*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

2

Stipulation Regarding Discovery and Case Deadlines
2:18-cv-02684-JAM-DB

Plaintiffs the American Cable Association (now known as ACA Connects – America's Communications Association), CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association (collectively, "Plaintiffs"), and Defendant Rob Bonta, in his official capacity as Attorney General of California ("Defendant," and collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on March 9, 2021, Plaintiffs ("Plaintiffs/Appellants") filed notice of their appeal (ECF No. 85) of the Court's February 23, 2021 Order denying Plaintiff's Motion for Preliminary Injunction (ECF No. 77).

**WHEREAS**, on July 7, 2021, the Court entered a pretrial scheduling order (ECF No. 99) ("Scheduling Order"), setting forth the following deadlines and dates:

- Disclosure of expert witnesses: September 16, 2022
- Supplemental disclosure and disclosure of any rebuttal experts under F.R.C.P. 26(a)(2)(c): October 28, 2022
- Completion of all discovery: January 6, 2023
- Filing of all dispositive motions: February 17, 2023
- Hearing on any such dispositive motions: April 11, 2023 (1:30 PM)
- Final pretrial conference: May 26, 2023 (10:00 AM)
- Bench trial: July 10, 2023 (9:00 AM)

**WHEREAS**, on January 28, 2022, the Ninth Circuit issued its Opinion affirming this Court's February 23, 2021 Order. *See ACA Connects, et al., v. Bonta*, Opinion, Case No. 21-15430, (9th Cir. Jan, 28, 2022).

**WHEREAS**, by February 11, 2022, Plaintiffs/Appellants will be filing a petition for rehearing en banc in their appeal of the Court's February 23, 2021 Order before the Ninth Circuit.

**WHEREAS**, to conserve resources and focus on the appellate process, which may clarify the issues to be litigated in this matter, Plaintiffs/Appellants proposed that the Parties stipulate to a temporary stay of all party and non-party discovery until the Ninth Circuit rules on Plaintiffs'/Appellants' forthcoming petition for rehearing en banc.

**WHEREAS**, in light of the Parties' discussions concerning Plaintiffs'/Appellants' request,

the Parties agree that a temporary stay of discovery while the Ninth Circuit rules on the forthcoming petition for rehearing en banc would not prejudice any Party if the deadlines in the current schedule were also extended.

**WHEREAS**, the Parties have further agreed that, in the event that the Court issues such a stay of discovery, any and all deadlines in the Scheduling Order should be extended by the full length of time of the stay of discovery.

**NOW THEREFORE**, in consideration of the foregoing, the Parties stipulate and agree that all discovery in this matter should be stayed until the Ninth Circuit rules on Plaintiffs'/Appellants' petition for rehearing en banc, and that all currently calendared deadlines should be extended by the full length of time that discovery is stayed.  Unless and until the Court stays discovery in accordance with the Parties' stipulation, the Parties' discovery obligations and all case deadlines remain in effect.

**IT IS SO STIPULATED AND AGREED.**

Dated:  February 10, 2022                             Respectfully submitted,

                                                        /s/ *Matthew A. Brill*  
Scott H. Angstreich*                                  Matthew A. Brill*
Leslie V. Pope*                                       Matthew T. Murchison*
Alex A. Parkinson*                                    James A. Tomberlin*
KELLOGG, HANSEN, TODD,                                LATHAM & WATKINS LLP
  FIGEL, & FREDERICK, P.L.L.C.                        555 Eleventh Street NW, Suite 1000
1615 M Street NW, Suite 400                           Washington, DC 20004
Washington, DC 20036                                  (202) 637-2200
(202) 326-7900                                        matthew.brill@lw.com
sangstreich@kellogghansen.com                         matthew.murchison@lw.com
lpope@kellogghansen.com                               james.tomberlin@lw.com
aparkinson@kellogghansen.com

                                                      *Attorneys for Plaintiff NCTA – The Internet*
*Attorneys for Plaintiffs CTIA – The Wireless*        *& Television Association*
*Association and USTelecom – The*
*Broadband Association*                               Marc R. Lewis
                                                      LEWIS & LLEWELLYN LLP
                                                      505 Montgomery Street, Suite 1300
Jeffrey A. Lamken                                     San Francisco, CA 94111
MOLOLAMKEN LLP                                        (415) 800-0591
The Watergate, Suite 500                              mlewis@lewisllewellyn.com
600 New Hampshire Ave., NW
Washington, DC 20037

4

(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff ACA Connects – America's Communications Association f/k/a American Cable Association*

*Attorney for Plaintiffs ACA Connects – America's Communications Association f/k/a American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association*

*Admitted *pro hac vice*

Dated:  February 10, 2022

ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
SARAH E. KURTZ
JOHN D. ECHEVERRIA, State Bar No. 268843
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov

*/s/ John D. Echeverria*

*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*