# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members<br><br>               Plaintiffs,<br><br>    v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>               Defendant. | Case No. 2:18-cv-02684-JAM-DB<br><br>**ORDER REGARDING DISCOVERY AND CASE DEADLINES**<br><br>Judge: The Hon. John A. Mendez<br><br>Action Filed: Oct. 3, 2018 |

    The Court, having fully considered the Parties' Stipulation Regarding Discovery and Case Deadlines, finds good cause to stay discovery pending the Ninth Circuit's ruling in *ACA Connects, et al., v. Bonta*, Case No. 21-15430 (9th Cir.) on Plaintiffs'/Appellants' petition for rehearing en banc and to extend all case deadlines by the length of the stay.

    **IT IS THEREFORE ORDERED** that all discovery is stayed pending the Ninth Circuit's ruling on Plaintiffs'/Appellants' petition for rehearing and that all case deadlines set forth in the Court's July 7, 2021 pretrial schedule order (ECF No. 99) will be extended by the full amount of time that discovery is stayed. The Parties shall provide this Court with a status update and a

1

proposed revised case schedule within fourteen (14) days of the Ninth Circuit's ruling on the petition for rehearing en banc.

**IT IS SO ORDERED**

Dated:  February 10, 2022         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE