1  Marc R. Lewis
   LEWIS & LLEWELLYN LLP
2  505 Montgomery Street, Suite 1300
   San Francisco, CA 94111
3  (415) 800-0591
   mlewis@lewisllewellyn.com
4
5  *Attorney for Plaintiffs ACA Connects –
   America's Communications Association f/k/a
6  American Cable Association, CTIA – The
   Wireless Association, NCTA – The Internet &
7  Television Association, and USTelecom – The
   Broadband Association*

8  [Additional counsel listed on subsequent page]

9
10              IN THE UNITED STATES DISTRICT COURT
11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12
13 | AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members | Case No. 2:18-cv-02684-JAM-DB |
   |---|---|
   | | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
   | Plaintiffs, | Judge:   The Hon. John A. Mendez |
   | v. | Action Filed: Oct. 3, 2018 |
   | ROB BONTA, in his official capacity as Attorney General of California, | |
   | Defendant. | |

1

[Additional Counsel]

Scott H. Angstreich*
Leslie V. Pope*
Alex A. Parkinson*
KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
sangstreich@kellogghansen.com
lpope@kellogghansen.com
aparkinson@kellogghansen.com

*Attorneys for Plaintiffs CTIA – The Wireless Association and USTelecom – The Broadband Association*

Matthew A. Brill*
Matthew T. Murchison*
James A. Tomberlin*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
matthew.brill@lw.com
matthew.murchison@lw.com
james.tomberlin@lw.com

*Attorneys for Plaintiff NCTA – The Internet & Television Association*

Jeffrey A. Lamken*
MOLOLAMKEN LLP
The Watergate, Suite 600
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff ACA Connects – America's Communications Association f/k/a American Cable Association*

* Admitted *pro hac vice*

Rob Bonta
Attorney General of California
P. Patty Li
Supervising Deputy Attorney General
Sarah E. Kurtz
John D. Echeverria
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3479
Fax:  (415) 703-1234
E-mail:  John.Echeverria@doj.ca.gov

*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs the American Cable Association (now known as ACA Connects – America's Communications Association), CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association and Defendant Attorney General Rob Bonta, by and through their respective counsel, hereby stipulate to the dismissal of this action without prejudice.

**IT IS SO STIPULATED AND AGREED.**

Dated: May 4, 2022

Scott H. Angstreich*
Leslie V. Pope*
Alex A. Parkinson*
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
sangstreich@kellogghansen.com
lpope@kellogghansen.com
aparkinson@kellogghansen.com

*Attorneys for Plaintiffs CTIA – The Wireless Association and USTelecom – The Broadband Association*

Jeffrey A. Lamken
MOLOLAMKEN LLP
The Watergate, Suite 600
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff ACA Connects – America's Communications Association f/k/a American Cable Association*

Respectfully submitted,

/s/ Matthew A. Brill
Matthew A. Brill*
Matthew T. Murchison*
James A. Tomberlin*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
matthew.brill@lw.com
matthew.murchison@lw.com
james.tomberlin@lw.com

*Attorneys for Plaintiff NCTA – The Internet & Television Association*

Marc R. Lewis
LEWIS & LLEWELLYN LLP
505 Montgomery Street, Suite 1300
San Francisco, CA 94111
(415) 800-0591
mlewis@lewisllewellyn.com

*Attorney for Plaintiffs ACA Connects – America's Communications Association f/k/a American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association*

* Admitted *pro hac vice*

| | | |
|---|---|---|
| 1 | Dated: May 4, 2022 | Rob Bonta |
| 2 | | Attorney General of California |
| | | P. Patty Li |
| | | Supervising Deputy Attorney General |
| 3 | | Sarah E. Kurtz |
| | | John D. Echeverria |
| 4 | | Deputy Attorneys General |
| | | 455 Golden Gate Avenue, Suite 11000 |
| 5 | | San Francisco, CA  94102-7004 |
| | | Telephone:  (415) 510-3479 |
| 6 | | Fax:  (415) 703-1234 |
| | | E-mail:  John.Echeverria@doj.ca.gov |

*/s/ John D. Echeverria*

*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*